UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Scott Allan Jones,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sheriff Joe Lombardo, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01369-APG-DJA<br><br>**Order** |

　　　　Before the Court is *pro se* Plaintiff Scott Allen Jones' motion to update his address. (ECF No. 15). Plaintiff explains that he has moved from the Clark County Detention Center to Stein Forensic Hospital. (*Id.* at 1). He asks that the Court update his address and that the Court send him a copy of his docket sheet. (*Id.* at 1-2). Plaintiff explains that he sent in several motions asking for an updated docket sheet, but the last update he received was on September 2, 2022. (*Id.*).

　　　　It appears that Plaintiff has not been receiving his mail. Since September 2, 2022, the Court has entered orders addressing Plaintiff's various motions. (ECF Nos. 11, 14). Specifically, the Court gave Plaintiff until November 14, 2022 to file an amended complaint (ECF No. 11 at 8-9) and denied Plaintiff's request for an updated docket sheet because he did not explain why he needed a new one (ECF No. 14 at 2).

　　　　Because it appears that Plaintiff has not been receiving his mail, the Court will grant his motion to update his address, provide him a copy of the docket sheet, and extend his deadline to file an amended complaint as a courtesy. Plaintiff is reminded that it is his responsibility to immediately file with the Court written notification of any change of address under Local Rule IA 3-1. Failure to do so may result in the dismissal of the action. *See* Local Rule IA 3-1. Additionally, Plaintiff is reminded that the statute providing authority to proceed *in forma pauperis*—28 U.S.C. § 1915—does not include the right to obtain court documents without

payment. And under Local Special Rule 1-6, "[t]he granting of an application to proceed *in forma pauperis* does not relieve the applicant of the responsibility to pay the expenses of litigation that are not covered by 28 U.S.C. § 1915."

**IT IS THEREFORE ORDERED** that Plaintiff's motion to update address (ECF No. 15) is **granted.** The Clerk of Court is kindly directed to update Plaintiff's address to the below:

Scott Allan Jones

6161 W. Charleston Blvd. Bldg. #3

Las Vegas, NV 89146

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of the docket in this case.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 10, 2023** to file an amended complaint to the extent the deficiencies noted in the Court's October 14, 2022 order (ECF No. 11) can be corrected. **Failure to comply with this order will result in the recommended dismissal of this case.**

DATED: March 9, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE