**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Scott Allan Jones,

          Plaintiff,

   v.

Sheriff Joe Lombardo, et al.,

          Defendants.

Case No. 2:22-cv-01369-APG-DJA

**Report and Recommendation**

On March 9, 2023, the Court entered an order updating Plaintiff's address and providing him an extension of time to file his amended complaint. (ECF No. 16). In that order, the Court explained that Plaintiff would have until April 10, 2023 to file an amended complaint and that failure to do so would "result in the recommended dismissal of this case." (*Id.*). To date, the Court has not received an amended complaint.

    **IT IS THEREFORE RECOMMENDED** that Plaintiff's case be **dismissed.**

<u>**NOTICE**</u>

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 14, 2023

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE