UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT ALLAN JONES,<br><br>    Plaintiff<br><br>v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01369-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 17] |

On June 14, 2023, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Scott Jones did not file an amended complaint by the given deadline. ECF No. 17. Jones did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 17) is accepted and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of July, 2023.

                                                          ANDREW P. GORDON<br>
                                                          UNITED STATES DISTRICT JUDGE